UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRETT SWEETING,

                              Petitioner,

              -against-

WARDEN, FCI OTISVILLE,

                              Respondent.

25-cv-8316 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 22, 2026, order, the Court denies the petition for a

writ of habeas corpus and dismisses this action without prejudice.

Because the petition makes no substantial showing of a denial of a constitutional right, a

certificate of appealability will not issue. See 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.


SO ORDERED.

  Dated:    January 27, 2026
            New York, New York


                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge